USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>TERI LYNN HINKLE, | COURT CASE NUMBER<br>CV311-100 |
|---|---|
| DEFENDANT<br>PLAZA ASSOCIATES | TYPE OF PROCESS<br>COMPLAINT & ORDER |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PLAZA ASSOCAITES  370 7TH AVE, SEVEN PENN PLAZA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
NEW YORK CITY, NY 10001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

TERI LYNN HINKLE
322 BETHEL ST
EASTMAN GA 31023

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PRO-SE
IN-FORMA PAUPERIS

| Signature of Attorney other Originator requesting service on behalf of: Scott L. Poff, Clerk | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(706)849-4400 | DATE<br>11/22/11 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>2 | District of Origin<br>No. 21 | District to Serve<br>No. 21 | Signature of Authorized USMS Deputy or Clerk<br>Whittney Silva | Date<br>12/5/11 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

| Date<br>2-23-12 | Time | ☐ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy
Glenda Stapleton

| Service Fee<br>8.00 | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges<br>8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: CM: 7010 2780 0002 4431
Waiver and service faxed to Atty Siegel - he will look at it and see if he can accept service
2/23/12 - per Atty Siegal, he stated he can not sign the waiver for the Plaza Associates because they have gone out of business.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00