ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 APR 20 P 1: 34
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| TERI LYNN HINKLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 311-100 |
| ) | |
| PLAZA RECOVERY, Successor in Interest ) | |
| to Plaza Associates, ) | |
| ) | |
| Defendant. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaza Associates is **DISMISSED** from this case. In addition, Plaintiff's claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, for collection following her debt verification request, is **DISMISSED**.

SO ORDERED this 20 day of April, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE