UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 JUN -1  AM 9:49
CLERK_____
SO. DIST. OF GA.

Teri Lynn Hinkle )
    Plaintiff )
 )
 ) CV 311-100
vs )
 )
PLAZA RECOVERY )
Successor in Interest to: )
PLAZA ASSOCIATES )
    Defendant )

## MOTION FOR ORDER OF DISMISSAL

Teri Lynn Hinkle, Plaintiff having reached an amicable settlement agreement with the Defendant, **PLAZA RECOVERY.**, on May 23, 2012. IT IS HEREBY Requested by the Plaintiff, Teri Lynn Hinkle, that a **Motion of Dismissal WITH PREJUDICE** be entered in the above case pending before this honorable court. Each party bearing their own costs.

Respectfully Submitted on May 30, 2012

*[signature]*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: May 30, 2012

*Teri Lynn Hinkle*
Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023


PLAZA RECOVERY C/O
William W. Siegel & Associates, Attorneys at Law, LLC
Seven Penn Plaza – Suite 1500
New York, NY 10001

Hinkle
322 Bethel St.
Eastman, GA
31023

U.S. POSTAGE PAID
EASTMAN, GA 31023
MAY 31, '12
AMOUNT
$0.90
00098060-06

1000    30903

Clerk, U.S. District Court
Post Office Box 1130
Augusta, GA 30903