**ORIGINAL**

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 JUL 12 PM 2: 26

CLERK C Adams
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| TERI LYNN HINKLE | * | |
| Plaintiff | * | |
| v. | * | CV 311-100 |
| PLAZA RECOVERY Successor in Interest to: PLAZA ASSOCIATES | * | |
| Defendant | * | |

### ORDER

On June 1, 2012, Plaintiff Teri Lynn Hinkle filed a "Motion for Order of Dismissal" through which she indicates that the parties have reached a settlement in the case. The defendant has not served an answer or a motion for summary judgment. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), dismissal of the case is appropriate.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **CLOSE** this case. Each party shall bear their own costs.

**ORDER ENTERED** at Augusta, Georgia, this 12th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE